UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMANDEEP KAUR BRAR,<br><br>       Plaintiff,<br><br>   v.<br><br>JONATHAN CRAWFORD, et al.,<br><br>       Defendants. | Case No.: 1:15-cv-01274 - JLT<br><br>**Joint Stipulation and Order re: Remand Pursuant to 8 U.S.C. § 1447(b)** |

    This is an immigration case in which Plaintiff alleges that Defendants United States Citizenship and Immigration Services (USCIS) has failed to make a determination on her application for naturalization within 120 days as required by statute. 8 U.S.C. § 1447(b). That statute provides that upon proper filing of a lawsuit, the Court may review the application de novo or remand the matter to the agency with instructions to adjudicate. The parties now stipulate to the latter, with instructions that USCIS adjudicate within 30 days from the date of the Court order.

    In the event the adjudication is a denial of naturalization, the parties as well stipulate that jurisdiction will revert to this Court pursuant to 8 U.S.C. § 1421(c), following exhaustion of administrative remedies. The parties will promptly file a status report in such event.

///

///

| | |
|---|---|
| Dated: October 6, 2015 | Respectfully submitted, |
| | BENJAMIN B. WAGNER<br>United States Attorney |
| | /s/ Audrey B. Hemesath<br>AUDREY B. HEMESATH<br>Assistant U.S. Attorney |
| | |
| DATED: October 6, 2015 | Respectfully submitted,<br>/s/ James Makasian<br>James Makasian<br>Attorney for the Plaintiff |

**ORDER**

Pursuant to 8 U.S.C. § 1447(b), United States Citizenship and Immigration Services is directed to adjudicate the naturalization application within 30 days.

**IT IS SO ORDERED**.

Dated: October 21, 2015

Jennifer L. Thurston,
United States Magistrate Judge

2